FILED
CLERK, U.S. DISTRICT COURT

3/8/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.V. COLEMAN, | NO. CV 15-5942-MWF(E) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, |
| J. SOTO, Warden, et al., | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

///

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2 this Order and the Judgment of this date on Plaintiff.

4    DATED: March 8, 2016.

                                    _____
                                    MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE

2