JS-6

```
                                    FILED
                         CLERK, U.S. DISTRICT COURT

                                   3/8/2016

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY:        cw         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.V. COLEMAN, ) | NO. CV 15-5942-MWF(E) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| J. SOTO, Warden, et al., ) | |
| ) | |
| Defendants. ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 8, 2016.

/s/ Michael W. Fitzgerald
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE